**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James T. Gibbons                          CHAPTER 13

                   Debtor(s)

                                                        BKY. NO. 22-11270 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ **Brian C. Nicholas, Esq.**
                                           Brian Nicholas
                                           20 May 2022, 15:57:39, EDT

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322