# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Chapter 13

    JAMES T GIBBONS                          Bankruptcy No. 22-11270-AMC

    23 HIGHVIEW ROAD

    DOWNINGTOWN, PA 19335


        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES T GIBBONS

    23 HIGHVIEW ROAD

    DOWNINGTOWN, PA 19335

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH P. KERRIGAN ESQ
    Joseph P. Kerrigan Atty at Law
    461 N. 3rd Street, Suite 2B
    Philadelphia, PA 19123-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 12/13/2022                                                            /s/ Kenneth E. West

                               _____
                                Kenneth E. West, Esquire
                                Chapter 13 Standing Trustee