UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | Bankruptcy No. 22-11270AMC |
| | : | |
| **JAMES T. GIBBONS** | : | |
| Debtor | : | |

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

**AND NOW**, this **17th** day of **January**, 2022, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case, the court shall not grant a discharge in the instant case.

Date: December 12, 2022

_____  /s/ Joseph P. Kerrigan_____
James T. Gibbons            Joseph P. Kerrigan, Esquire
Debtor                      Attorney for Debtor


/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire
For Kenneth E. West, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE

**Date: January 20, 2023**

Joseph P. Kerrigan, Esquire
461 N. 3rd Street, Suite 2B
Philadelphia, PA 19123

James T Gibbons
23 Highview Road
Downingtown, PA 19335