United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11270-amc |
| James T Gibbons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2023 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James T Gibbons, 23 Highview Road, Downingtown, PA 19335-1825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 21 2023 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 21 2023 00:09:27 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2023 00:12:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcy@huntington.com | Jan 21 2023 00:12:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023                                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Select Portfolio Servicing Inc bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JILL MANUEL-COUGHLIN | on behalf of Creditor TCF NATIONAL BANK bankruptcy@powerskirn.com |
| JOSEPH P. KERRIGAN | on behalf of Debtor James T Gibbons jpklaw@msn.com G21030@notify.cincompass.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | Bankruptcy No. 22-11270AMC |
| | : | |
| JAMES T. GIBBONS | : | |
| Debtor | : | |

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this **17th** day of **January**, 2022, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case, the court shall not grant a discharge in the instant case.

Date: December 12, 2022

_____   /s/ Joseph P. Kerrigan
James T. Gibbons                   Joseph P. Kerrigan, Esquire
Debtor                             Attorney for Debtor

/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire
For Kenneth E. West, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE

**Date: January 20, 2023**

Joseph P. Kerrigan, Esquire
461 N. 3rd Street, Suite 2B
Philadelphia, PA 19123

James T Gibbons
23 Highview Road
Downingtown, PA 19335