# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11270-AMC

JAMES T GIBBONS

23 HIGHVIEW ROAD

DOWNINGTOWN, PA 19335

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES T GIBBONS

    23 HIGHVIEW ROAD

    DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

    JOSEPH P. KERRIGAN ESQ
    Joseph P. Kerrigan Atty at Law
    461 N. 3rd Street, Suite 2B
    Philadelphia, PA 19123-

Date: 1/24/2023

                                                        /S/ Kenneth E. West
                                                        _____
                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee