**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
JAMES T GIBBONS

Debtor   Bankruptcy No. 22-11270-AMC

# ORDER

**AND NOW**, this ____18th____ day of ____April____, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOSEPH P. KERRIGAN ESQ
Joseph P. Kerrigan Atty at Law
461 N. 3rd Street, Suite 2B
Philadelphia, PA 19123-

Debtor:
JAMES T GIBBONS

23 HIGHVIEW ROAD

DOWNINGTOWN, PA 19335