Case 22-11270-amc   Doc 49   Filed 04/20/23   Entered 04/21/23 00:31:09   Desc Imaged
Certificate of Notice   Page 1 of 3

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11270-amc
James T Gibbons     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 18, 2023     Form ID: pdf900     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James T Gibbons, 23 Highview Road, Downingtown, PA 19335-1825 |
| 14708948 | + | Commonwealth of PA, Christopher R. Momjian, Sr. Deputy Atty, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14691650 | + | Devanmuehle Mortgage Co, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14691651 | + | Powers, Kirn & Assoc., 8 Neshaminy Interplex Drive, Feasterville Trevose, PA 19053-6933 |
| 14693097 | + | Select Portfolio Servicing, Inc, C/O Brian C. Nicholas, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14692092 | + | TCF National Bank, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 18 2023 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2023 23:45:31 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:46:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14692514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2023 23:45:43 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705937 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 23:45:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14697939 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 18 2023 23:46:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14692534 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14706689 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 23:46:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14691652 | | Email/Text: bankruptcy@huntington.com | Apr 18 2023 23:46:00 | TCF National Bank, 1405 Xenium Lane, PCC-2E-D, Minneapolis, MN 55441 |
| 14707665 | + | Email/Text: bankruptcy@huntington.com | Apr 18 2023 23:46:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14706213 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2023 23:45:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Select Portfolio Servicing Inc bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JILL MANUEL-COUGHLIN | on behalf of Creditor TCF NATIONAL BANK bankruptcy@powerskirn.com |
| JOSEPH P. KERRIGAN | on behalf of Debtor James T Gibbons jpklaw@msn.com G21030@notify.cincompass.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES T GIBBONS | Chapter 13 |
| Debtor | Bankruptcy No. 22-11270-AMC |

# ORDER

**AND NOW**, this ___18th___ day of ___April___, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOSEPH P. KERRIGAN ESQ
Joseph P. Kerrigan Atty at Law
461 N. 3rd Street, Suite 2B
Philadelphia, PA 19123-

Debtor:
JAMES T GIBBONS

23 HIGHVIEW ROAD

DOWNINGTOWN, PA 19335